**IN THE UNITED STATES DISTRICT COURT**

**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| GE HEALTHCARE BIO-SCIENCES AB, GE HEALTHCARE BIO-SCIENCES CORPORATION, and GENERAL ELECTRIC COMPANY,<br><br>Plaintiffs,<br><br>v.<br><br>BIO-RAD LABORATORIES, INC.,<br><br>Defendant. | Civil Action No. 14-CV-7080-LTS<br><br>Hon. Laura Taylor Swain |

**DECLARATION OF JENNIFER SKLENAR IN SUPPORT OF PLAINTIFFS' RESPONSIVE CLAIM CONSTRUCTION BRIEF**

I, Jennifer Sklenar, declare as follows:

1. I am over 18 years of age. I am a partner at Arnold & Porter LLP, counsel for plaintiffs GE Healthcare Bio-Sciences AB, GE Healthcare Bio-Sciences Corporation, and General Electric Company (collectively, "GE" or "Plaintiffs"). I have personal knowledge of the facts stated herein, except those stated on information and belief and, if called upon, could and would testify competently to them. I make this declaration in support of GE's Responsive Claim Construction Brief.

2. Attached as **Exhibit A** is a true and correct copy of excerpts from the December 12, 2014 Deposition of Bruce Kent Gale, PhD.

3. Attached as **Exhibit B** is a true and correct copy of excerpts from Robert C. Faber, *Faber on Mechanics of Patent Claim Drafting* § 3:14 (7th ed. 2015).

4. Attached as **Exhibit C** is a true and correct copy of an article titled Liquid Chromatography Principles, retrieved on October 6, 2015 from Bio-Rad's corporate website at http://www.bio-rad.com/en-us/applications-technologies/liquid-chromatography-principles.

5. Attached as **Exhibit D** is a true and correct copy of the definition of "liquid chromatography" from McGraw-Hill Concise Encyclopedia of Chemistry (2004).

6. Attached as **Exhibit E** is a true and correct copy of the September 3, 2015 Declaration of Dr. Bruce Gale In Support of Bio-Rad Laboratories' Petition For Institution of An IPR On United States Patent No. 8,821,718 filed with the Patent Trials and Appeals Board (PTAB) Case No. IPR2015-01826.

I declare under penalty of perjury and the laws of the United States of America that the foregoing is true and correct. Executed this 7 day of October 2015, at Los Angeles, California.

*/s/ Jennifer Sklenar*
Jennifer Sklenar