IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| GE HEALTHCARE BIO-SCIENCES AB, GE HEALTHCARE BIO-SCIENCES CORPORATION, and GENERAL ELECTRIC COMPANY,<br><br>　　　　　Plaintiffs,<br><br>　　　　v.<br><br>BIO-RAD LABORATORIES, INC.,<br><br>　　　　　Defendant. | Civil Action No. 19-cv-00943-CFC |

**JOINT STATEMENT OF THE PARTIES
PURSUANT TO DELAWARE DISTRICT COURT RULE 81.2
REGARDING CASES TRANSFERRED TO THIS COURT**

Pursuant to Local Rule 81.2, the parties, Plaintiffs GE Healthcare Bio-Sciences AB, GE Healthcare Bio-Sciences Corporation, and General Electric Company (collectively "GE Healthcare") and Bio-Rad Laboratories, Inc., ("Bio-Rad"), hereby provide the following joint statement:

**I.　　Background**

　　　1.　　GE Healthcare commenced this patent infringement action regarding U.S. Patent No. 8,821,718 ("the '718 Patent") on September 2, 2014 with the filing of a Complaint in the United States District Court for the Southern District of New York (D.I. 1). GE Healthcare sought immediate equitable relief by filing a motion for a preliminary injunction (D.I. 8). On January 26, 2015, GE Healthcare filed a First Amended Complaint (D.I. 72).

2. On May 20, 2015, Bio-Rad filed its amended answer, including various counterclaims (D.I. 85), and GE Healthcare filed an answer to the counterclaims on June 19, 2015. (D.I. 97).

3. Certain discovery has been served and produced in the matter, but discovery has not been concluded.

4. Claim construction briefing was filed by the parties on the previously asserted claims of the '718 Patent. (D.I. 151; D.I. 153; D.I. 161, D.I. 162, D.I. 165, D.I. 167). The claim construction hearing originally scheduled for November 18, 2015 was postponed and eventually canceled. (D.I. 182, D.I. 184).

5. On September 3, 2015, Bio-Rad filed a petition for *inter partes* review of the '718 patent with the United States Patent Trial and Appeal Board ("the Board"). In its petition, Bio-Rad challenged claims 1-3, 11, 14 and 16-18 of the '718 patent, asserting that these claims were invalid under certain prior art references. On February 29, 2016, the Board instituted *inter partes* review of claims 1-3 and 5 of the '718 patent, but not on claims 11, 14 and 16-18. On February 6, 2017, the Board issued a final written decision finding that claims 1-3 and 5 were unpatentable.

6. On December 8, 2015, GE Healthcare requested that the court stay the New York litigation in its entirety pending resolution of Bio-Rad's *inter partes* review of the '718 Patent, as well as GE Healthcare's forthcoming request to the USPTO for reissue of the '718 Patent. On December 14, 2015, the court granted GE Healthcare's request, stayed the New York litigation, and terminated without prejudice GE Healthcare's motion for preliminary injunction (D.I. 192).

7.     On January 27, 2016, GE Healthcare filed U.S. Patent Reissue Application No. 15/008,155 and the USPTO published notice of the reissue application filing in its Official Gazette on February 23, 2016 (hereafter, the "Reissue Proceeding").

8.     On November 13, 2018, the USPTO reissued the '718 Patent as US Patent No. RE47,124.

9.     The Southern District of New York continued to stay the case while a motion to transfer was pending in the District of Delaware case styled as *GE Healthcare Bio-Sciences AB et al v. Bio-Rad Laboratories, Inc.*, C.A. No. 18-1899-CFC ("the '1899 action").

10.    On May 20, 2019, while the stay was still pending, the parties consented to transfer this case from the Southern District of New York to the District of Delaware (D.I. 226), where the '1899 action remains pending.  On May 21, 2019, the Southern District of New York transferred the action to this District (D.I. 227).

11.    The parties have met and conferred and agree that this action should be consolidated with the '1899 action.

12.    The parties have also met and conferred and agree that GE Healthcare can amend its First Amended Complaint in this action to substitute U.S. Patent No. RE47,124 for U.S. Patent No. 8,821,718.

13.    U.S. Patent No. RE47,124 is in the same patent family as the four patents-in-suit GE Healthcare is asserting against Bio-Rad in the '1899 action.  Thus, the parties agree that the Scheduling Order (D.I. 27) issued by this Court in the '1899 action can continue to govern the litigation between the parties after this action is consolidated with the '1899 action.

## II.  <u>Pending Matters Which Require Judicial Action</u>

Pursuant to Delaware Local District Court Rule 83.1, the Parties state as follows regarding pending matters which require judicial attention at this time:

1.      The Markman hearing previously scheduled for December 1, 2015 was adjourned sine die on November 23, 2015 (D.I. 184). The parties request that the Markman hearing be incorporated into the claim construction schedule of the '1899 action, given that the re-issue patent has replaced the '718 Patent, and only two claims remain unchanged from the '718 patent on which claim construction briefing was undertaken.

| | |
|---|---|
| */s/ John W. Shaw*<br>John W. Shaw (No. 3362)<br>Nathan R. Hoeschen (No. 6232)<br>SHAW KELLER LLP<br>I.M. Pei Building<br>1105 North Market Street, 12th Floor<br>Wilmington, DE 19801<br>(302) 298-0700<br>jshaw@shawkeller.com<br>nhoeschen@shawkeller.com<br>*Attorneys for Plaintiffs* | */s/ Alan R. Silverstein*<br>David E. Moore (#3983)<br>Bindu A. Palapura (#5370)<br>Alan R. Silverstein (#5066)<br>Tracey E. Timlin (#6469)<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza, 6th Floor<br>1313 N. Market Street<br>Wilmington, DE 19801<br>Tel: (302) 984-6000<br>dmoore@potteranderson.com<br>bpalapura@potteranderson.com<br>asilverstein@potteranderson.com<br>ttimlin@potteranderson.com |

5

| | |
|---|---|
| OF COUNSEL: | OF COUNSEL: |
| Jennifer Sklenar<br>Ryan M. Nishimoto<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>777 South Figueroa Street, 44th Floor<br>Los Angeles, CA 90017<br>(213) 243-4000 | Kevin P.B. Johnson<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>555 Twin Dolphin Drive, 5th Floor<br>Redwood Shores, CA 94065<br>Tel: (650) 801-5000 |
| Matthew M. Wolf<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>601 Massachusetts Avenue, NW<br>Washington D.C. 20001<br>(202) 942-5462 | David Bilsker<br>Felipe Corredor<br>Andrew E. Naravage<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>50 California Street, 22nd Floor<br>San Francisco, CA 94111<br>Tel: (415) 875-6600 |
| Jeffrey A. Miller<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>3000 El Camino Real<br>Building 5, Suite 500<br>Palo Alto, CA 94306<br>(650) 319-4500 | Anne S. Toker<br>QUINN EMANUEL URQUHART & SULLIVAN, LLP<br>51 Madison Avenue, 22nd Floor<br>New York, New York 10010<br>Tel: (212) 849-7000 |
| | *Attorneys for Defendant Bio-Rad Laboratories, Inc.* |
| Dated: June 12, 2019 | |